IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–21–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JESSE WALTER CAMPBELL, | |
| Defendant. | |

Defendant Jesse Walter Campbell, through counsel, moves for leave to file the exhibit in support of his motion to suppress and brief in support (Doc. 30) under seal. The Court finds good cause for the motion and will grant it.

Accordingly, IT IS ORDERED that Defendant's Motion for Leave to File Under Seal (Doc. 29) is GRANTED. The exhibit to Defendant's motion to suppress and brief in support (Doc. 30) shall be filed under seal.

Dated this 3rd day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court