IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE WALTER CAMPBELL,<br><br>Defendant. | CR 16–21–BU–DLC<br><br>ORDER |

Pending before the Court is Plaintiff the United States of America's motion to file its response to Defendant's motion to suppress (Doc. 27) and motion to dismiss or enjoin prosecution (Doc. 31) under seal. For good cause shown,

IT IS ORDERED that Plaintiff's Motion for Leave to File Under Seal (Doc. 34) is GRANTED.

Dated this 17th day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court

1