IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESSE WALTER CAMPBELL, <br><br> Defendant. | CR 16–21–BU–DLC <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on June 20, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Jesse Walter Campbell's guilty plea after Campbell appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of maintaining a

drug-involved premises in violation of 21 U.S.C. § 856(a)(1), as set forth in the Superseding Information. In exchange for Defendant's plea, the United States has agreed to dismiss the Indictment previously filed in this matter.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 78), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jesse Walter Campbell's motion to change plea (Doc. 66) is GRANTED and Jesse Walter Campbell is adjudged guilty as charged in the Superseding Information.

DATED this 7th day of July, 2017.

_____
Dana L. Christensen, Chief District Judge
United States District Court