IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 16–21–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JESSIE WALTER CAMPBELL, | |
| Defendant. | |

The United States having filed an Unopposed Motion to Dismiss a Forfeiture Item (Doc. 97),

IT IS ORDERED that the Unopposed Motion to Dismiss a Forfeiture Item (Doc. 97) is GRANTED.

IT IS FURTHER ORDERED that the real property residence located at 1340 Hidden Valley Way, Bozeman, Montana 59718 and listed in the Superseding Information (Doc. 72 at 2–3) as a forfeiture item will no longer be forfeited and is dismissed as a forfeiture item.

DATED this 14th day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court